1  GEORGE S. CARDONA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   IRA A. DAVES
4  Assistant United States Attorney
   California Bar No. 156724
5       Room 7516, Federal Building
        300 North Los Angeles Street
6       Los Angeles, California  90012
        Telephone:  (213) 894-2443
7       Fax: (213) 894-7819
        E-Mail: Ira.Daves@usdoj.gov
8
   Attorneys for Defendants Alberto Gonzales, Michael Chertoff,
9  Emilio T. Gonzales, and Robert S. Mueller, III



FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

10                  UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                        WESTERN DIVISION

13
   ILIA ZAVIALOV,                )   NO. CV 06-4075-JFW(VBKx)
14                               )
                                 )   JOINT STIPULATION DISMISSING
15        Plaintiff,              )   ACTION WITH PREJUDICE;
                                 )   [PROPOSED] ORDER THEREON
16        v.                      )
                                 )
17 MICHAEL CHERTOFF, SEC.,        )
   DEP'T OF HOMELAND SECURITY,   )
18 et al.,                        )
                                 )   Hon. John F. Walter
19        Defendants.             )   United States District Judge

LODGED
CLERK, U.S. DISTRICT COURT
JAN 29 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

DOCKETED ON CM
JAN 31 2007
BY ____ 05

```
 1        IT IS HEREBY STIPULATED AND REQUESTED by and between the
 2   parties in this action that this action be immediately dismissed
 3   with prejudice.
 4   Respectfully submitted,
 5   DATED:  January 3, 2007        ILIA ZAVIALOV
 6
 7                                  (See Attached)
                                    _____
 8                                  PRO PER PLAINTIFF
 9   DATED:  January 29, 2007       GEORGE S. CARDONA
                                    United States Attorney
10                                  LEON W. WEIDMAN
                                    Assistant United States Attorney
11                                  Chief, Civil Division
12
13                                  _____
                                    IRA A. DAVES
14                                  Assistant United States Attorney
                                    Attorneys for Defendants
15
     IT IS SO ORDERED.
16   DATED:  1/30/07                _____
17                                  THE HONORABLE JOHN F. WALTER
                                    United States District Judge
```

1 IT IS HEREBY STIPULATED AND REQUESTED by and between the
2 parties in this action that this action be immediately dismissed
3 with prejudice.
4 Respectfully submitted,
5 DATED: ~~January 3, 2007~~     ILIA ZAVIALOV
6 January 29, 2007
7 _____
PRO PER PLAINTIFF
8
9 DATED: January 3, 2007     GEORGE S. CARDONA
United States Attorney
10                              LEON W. WEIDMAN
Assistant United States Attorney
11                              Chief, Civil Division
12
13 _____
IRA A. DAVES
14                              Assistant United States Attorney
Attorneys for Defendants
15
IT IS SO ORDERED.
16
DATED: _____
17                              THE HONORABLE JOHN F. WALTER
United States District Judge
18
19
20
21
22
23
24
25
26
27
28

2

3

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On January 29, 2007 served **JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON** on persons or entities named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing collection and mailing, it is deposited in the ordinary course of business within the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: January 29, 2007. Place of mailing: Los Angeles, California. Person(s) and/or Entity(is) To Whom Mailed:

ILIA ZAVIALOV
6505 GREEN VALLEY CIRCLE #315
CULVER CITY, CA 90230

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on: January 29, 2007 at Los Angeles, California.

LILLIAN D. ARRATIA